UNITED STATES DISTRICT COURT	SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas
**ENTERED**
September 28, 2021
Nathan Ochsner, Clerk

| | | |
|---|---|---|
| Guadalupe Cardenas and Jose Luis Cardenas, Plaintiffs, | § § § § | |
| v. | § | Civil Action H-19-3383 |
| State Farm Lloyds, Defendant. | § § § § | |

## Order of Adoption

On September 13, 2021, Magistrate Judge Peter Bray recommended that the court grant Defendant's motion for partial summary judgment on all the extra-contractual claims. (32) No objections were filed. The court adopts the report and recommendation as its memorandum and opinion.

Signed on September 28, 2021, at Houston, Texas.

Lynn N. Hughes
United States District Judge