| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |
|---|---|---|

| Guadalupe Cardenas and | § | |
|---|---|---|
| Jose Luis Cardenas, | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | Civil Action H-19-3383 |
| | § | |
| State Farm Lloyds, | § | |
| Defendant. | | |

## Order of Adoption

On January 11, 2022, Magistrate Judge Peter Bray recommended that the court grant State Farm's motion for summary judgment (36) and dismiss the case with prejudice. No party filed objections. The court adopts the report and recommendation (37) as its memorandum and opinion.

Signed at Houston, Texas, on January 31, 2022.

_____
Lynn N. Hughes
United States District Judge